The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE MICHAEL ISAACSON,<br><br>Defendant. | No.   MJ20-568<br><br>COMPLAINT for VIOLATION<br><br>21 U.S.C. § 841(a)<br>18 U.S.C. § 924(c)<br>18 U.S.C. § 922(g) |

BEFORE the Honorable Michelle L. Peterson, United States Magistrate Judge, U.S. District Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### *Possession of Controlled Substances with Intent to Distribute*

On or about April 20, 2020, at Auburn and Federal Way, Washington, in the Western District of Washington, and elsewhere, KYLE MICHAEL ISAACSON knowingly and intentionally possessed with intent to distribute substances controlled under Title 21, United States Code, Section 812, to wit: methamphetamine and heroin.

It is further alleged that the offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    All in violation of Title 21, United States Code, Sections 841(a)(1) and
2    841(b)(1)(A), (C).

3    ## COUNT 2

4    ### *Carrying a Firearm During and in Relation to a Drug Trafficking Crime*

5    On or about April 20, 2020, at Auburn and Federal Way, Washington, in the
6    Western District of Washington, and elsewhere, KYLE MICHAEL ISAACSON
7    knowingly used and carried a firearm, to wit: a Smith & Wesson M&P 9 Shield pistol
8    bearing serial number HXD7261, and a Bersa Thunder 380 pistol bearing serial number
9    675137, during and in relation to a drug trafficking crime for which he may be prosecuted
10   in a court of the United States, to wit: Possession of Controlled Substances with Intent to
11   Distribute, as charged in Count 1 above.

12   All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

13   ## COUNT 3

14   ### *Felon in Possession of a Firearm*

15   On or about April 20, 2020, at Auburn and Federal Way, Washington, in the
16   Western District of Washington, and elsewhere, KYLE MICHAEL ISAACSON,
17   knowing he had previously been convicted of the following crimes:

18        a.    *Possession of a Stolen Vehicle*, King County Superior Court cause
19   number 15-1-04034-7, on or about January 8, 2016;

20        b.    *Possession of a Stolen Vehicle*, King County Superior Court cause
21   number 13-1-01108-1, on or about March 29, 2013;

22        c.    *Possession of a Stolen Vehicle*, King County Superior Court cause
23   number 12-1-06494-2, on or about March 29, 2013;

24        d.    *Possession of a Stolen Vehicle*, King County Superior Court cause
25   number 10-1-01009-9, on or about July 9, 2010; and

26        e.    *Possession of a Stolen Vehicle*, King County Superior Court cause
27   number 09-1-00566-1, on or about July 9, 2010,

28

Isaacson Complaint - 2
USAO No. 2020R00369

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

all of which are punishable by imprisonment for a term exceeding one year, did

knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a

Smith & Wesson M&P 9 Shield pistol bearing serial number HXD7261, and a Bersa

Thunder 380 pistol bearing serial number 675137, each of which had been shipped and

transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

The undersigned complainant, Shawna McCann, Special Agent, being first duly

sworn on oath, hereby deposes and says:

## TRAINING AND EXPERIENCE

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and

have been employed with the FBI since September, 2017. I am currently assigned to the

Seattle Field Division where I am a member of the violent crime, gang, and Transnational

Organized Crime – Western Hemisphere squad. In this capacity, I investigate, *inter alia*,

violations of the Controlled Substance Act, Title 21, United States Code, Section 801 *et*

*seq*., and related offenses. I have received specialized training in the enforcement and

investigation of the Controlled Substance Act. I have received over 400 hours of

classroom training including, but not limited to, drug identification, drug interdiction,

money laundering techniques and schemes, smuggling, and the investigation of

individuals and/or organizations involved in the illegal possession, possession for sale,

sales, importation, smuggling, manufacturing, and trafficking of controlled substances.

2.      In my role as a Special Agent for the FBI, I have participated in narcotics

investigations (e.g., heroin, cocaine, marijuana, and methamphetamine) that have resulted

in the arrest of individuals and the seizure of illicit narcotics and/or narcotics-related

evidence and the forfeiture of narcotics-related assets. I have been involved in the service

of federal and state search warrants as part of these investigations. I have encountered

and have become familiar with various tools, methods, trends, paraphernalia, and related

articles utilized by various traffickers in their efforts to import, export, conceal, and

Isaacson Complaint - 3
USAO No. 2020R00369

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

distribute controlled substances. I am also familiar with the manner in which drug traffickers use telephones, often cellular telephones, to conduct their unlawful operations, and how they code their conversations to disguise their unlawful activities. I am also familiar with the various methods of packaging, delivering, transferring, and laundering drug proceeds. Additionally, through my training and experience, I can identify illegal drugs by sight, odor, and texture.

3.     I have also worked on drug investigations involving the use of court-authorized wiretaps under Title III. In that capacity, I have had the opportunity to monitor, listen to, and review transcripts and line sheets (prepared by linguists) documenting the content of hundreds of intercepted conversations involving the trafficking of cocaine, methamphetamine, heroin, and other narcotics, by persons who used some form of code to attempt to thwart law enforcement detection. I have also interviewed defendants at the time of their arrest and have debriefed, spoken with, and/or interviewed numerous drug dealers or confidential sources (informants) at proffer and field interviews who were experienced in speaking in coded conversation over the telephone. From these interviews, and also from discussions with other experienced agents, I have gained knowledge regarding the various methods, techniques, codes, and/or jargon used by drug traffickers in the course of their criminal activities, including their use of firearms to protect their narcotics-related activities and of cellular telephones and other electronic means to facilitate communications while avoiding law enforcement scrutiny.

4.     I have written affidavits in support of court-authorized federal warrants and orders in the Western District of Washington for GPS tracking of telephones, Pen Register/Trap and Trace, and search warrants. Additionally, I have testified in grand jury proceedings, written investigative reports, and conducted and participated in numerous interviews of drug traffickers of various roles within drug organizations, which has provided me with a greater understanding of the methods by which drug trafficking organizations operate.

Isaacson Complaint - 4
USAO No. 2020R00369

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5.      I am an investigative law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). As such, I am empowered to conduct investigations of, and to make arrests for, violations of the Controlled Substance Act, Title 21, United States Code, Section 801 *et seq*., and related offenses.

6.      The facts set forth in this Complaint are based on my own personal knowledge; knowledge obtained from other individuals who participated in this investigation, including other law enforcement officers; my review of documents and records related to this investigation; and information gained through my training and experience.  I have not included all facts known to me obtained in this investigation, but only those facts necessary to set forth probable cause in support of the offenses alleged in Counts 1, 2, and 3 above.

## PURPOSE OF AFFIDAVIT

7.      This Affidavit is made in support of a Complaint against KYLE MICHAEL ISAACSON for one count of *Possession of Controlled Substances with Intent to Distribute*, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and (C); one count of *Carrying a Firearm During and in Relation to a Drug Trafficking Crime*, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i); and one count of *Felon in Possession of a Firearm*, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## INVESTIGATION AND PROBABLE CAUSE

### *Background*

8.      The United States, including the FBI, was conducting a criminal investigation of KYLE MICHAEL ISAACSON regarding possible violations of Title 21, United States Code, Sections 841, 846, 843(b), and related crimes, and Title 18, United States Code, Sections 922(g)(1) and 924(c).

9.      Investigators believe KYLE MICHAEL ISAACSON, with the assistance of his girlfriend S.M., is a trafficker of narcotics in this District. Beginning in 2019, through the use of confidential source information and traditional investigative techniques, agents

Isaacson Complaint - 5
USAO No. 2020R00369

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   identified KYLE MICHAEL ISAACSON as a mid-level narcotics distributor potentially

2   working as part of a larger Drug Trafficking Organization (DTO) operating within the

3   Western District of Washington.

4           10.     As of April 20, 2020, KYLE ISAACSON was wanted on an outstanding

5   King County Sheriff's Office $5,000 felony warrant for Dangerous Drugs and Vehicle

6   Prowl in the Second Degree.

7                   **Arrest of KYLE MICHAEL ISAACSON and Seizure of**

8                                **Narcotics and Firearms**

9           11.     On April 20, 2020, agents observed KYLE MICHAEL ISAACSON driving

10  a black 2002 Chevrolet Suburban bearing Washington license plate AJG5185. Agents

11  were aware of the arrest warrant for KYLE MICHAEL ISAACSON from a police

12  bulletin and the ongoing criminal investigation into KYLE MICHAEL ISAACSON for

13  drug trafficking. Agents were able to identify KYLE MICHAEL ISAACSON as the

14  driver of the Chevrolet Suburban from a comparison to his Washington Department of

15  Licensing photograph and recent social media photographs. Agents maintained

16  surveillance on KYLE MICHAEL ISAACSON until additional law enforcement

17  personnel could arrive to effectuate an arrest of KYLE MICHAEL ISAACSON on his

18  outstanding warrant.

19          12.     While agents were conducting surveillance on KYLE MICHAEL

20  ISAACSON, they observed that he began to drive slower and without a sense of purpose,

21  looping around and stopping at random. Based on my training and experience, such

22  driving and behavior is indicative of a subject being aware of surveillance by law

23  enforcement and deploying countermeasures to detect and thwart surveillance. KYLE

24  MICHAEL ISAACSON eventually drove the Chevrolet Suburban to a residence, parked,

25  and went into the residence.

26          13.     A short time later, agents observed the Chevrolet Suburban leave the

27  residence with KYLE MICHAEL ISAACSON's girlfriend, S.M., driving. Surveillance

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  agents identified S.M. through a comparison to social media photographs. Agents

2  believed KYLE MICHAEL ISAACSON was possibly in the vehicle with S.M.

3  14.  Surveillance agents followed the Chevrolet Suburban until it parked in the

4  Walgreens parking lot at 28817 Military Road South, Federal Way, Washington. Agents

5  observed S.M. exit the driver's seat of the Chevrolet Suburban and go toward the

6  Walgreens entrance. Agents then observed KYLE MICHAEL ISAACSON crawl from

7  the rear passenger area of the Chevrolet Suburban to the driver's seat.

8  15.  Agents contacted KYLE MICHAEL ISAACSON in the driver's seat of the

9  Chevrolet Suburban with marked patrol units. Commands were given for KYLE

10  MICHAEL ISAACSON to exit the vehicle. Agents observed KYLE MICHAEL

11  ISAACSON drop his hands out of view several times towards the area of his waistband.

12  Agents gave loud verbal orders for KYLE MICHAEL ISAACSON to put his hands in the

13  air and keep his hands raised, and KYLE MICHAEL ISAACSON complied. KYLE

14  MICHAEL ISSACSON was ordered out of the Chevrolet Suburban and was detained.

15  KYLE MICHAEL ISAACSON's warrant was verified, and he was arrested for such.

16  16.  The front driver's door of the Chevrolet Suburban was left open by KYLE

17  MICHAEL ISAACSON when he exited. In plain view to agents on the driver's

18  floorboard was a handgun holster. However, no handgun was seen. In plain view through

19  the open driver's door and through the window on the front passenger door, agents

20  observed a case stuffed partially between the front passenger seat and the driver's center

21  console that agents recognized as a standard-sized cloth pistol case. The case was closed

22  with a zipper; however, agents could see that something of substance was inside of the

23  case that gave the case volume consistent with what could be a handgun. Also in plain

24  view through the front passenger window, agents observed a large clear plastic bag on the

25  front passenger floorboard filled with a white crystalline substance that, based on training

26  and experience, agents believed to be methamphetamine.

27  17.  Agents asked KYLE MICHAEL ISAACSON who owned the Chevrolet

28  Suburban. He said that he did not know.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

18. S.M. was inside of the Walgreens during the arrest. She exited the store and was contacted by agents. S.M. stated the Chevrolet Suburban belonged to both her and KYLE MICHAEL ISAACSON. S.M. explained that they had just recently purchased the vehicle and that a bill of sale written out to KYLE MICHAEL ISAACSON would be located within the vehicle. S.M. also informed agents that she left a white Samsung cellphone in the vehicle and that KYLE MICHAEL ISAACSON left a black LG cellphone in the vehicle. S.M. stated that she was unaware of any firearms in the vehicle.

19. Based on the firearm holster containing a suspected firearm and suspected narcotics in plain view to agents, the Chevrolet Suburban was impounded to the SPD Secured Processing Room pending a search warrant. KYLE MICHAEL ISAACSON was booked into the King County Jail for his warrant. S.M. was released at the scene.

### Search of Chevrolet Suburban

20. In the evening of April 20, 2020, a search warrant for the Chevrolet Suburban was issued by King County Superior Court Judge Shah to locate and seize items associated with unlawful firearms possession and unlawful narcotics possession.

21. The Chevrolet Suburban was searched twice, once in the evening of April 20, 2020, and again on April 21, 2020. During the first search of the vehicle, the following items were seized:

    a. About 898.5 grams of methamphetamine located on the front passenger floorboard, packaged together in a gallon zip-loc bag for a total of three baggies of methamphetamine;

    b. About 39.5 grams of heroin located in the center driver's console;

    c. A Bersa Thunder 380 pistol bearing serial number 675137, fully loaded with a magazine inserted and a bullet in the chamber, located inside of the pistol case stuffed between the front passenger seat and the driver's center console. A records check revealed this to be a stolen firearm as reported on a Shelton Police report from February 19, 2020;

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      d.    A Smith & Wesson M&P 9 Shield pistol bearing serial number

2 HXD7261, fully loaded with a magazine inserted, located inside of a bag in the

3 center of the second-row floorboard where a front passenger/driver could reach;

4      e.    a black and grey LG cell phone, located attached to the headliner

5 console in between the front passenger and driver seats; and

6      f.    a black LG cell phone, located in the center dashboard compartment.

7    22.    The heroin and methamphetamine located in the Chevrolet Suburban were

8 field-tested in accordance with the protocols set forth by the WSPCL with positive results

9 for heroin and methamphetamine, respectively.

10    23.    During the second search of the Chevrolet Suburban the following items

11 were seized:

12      a.    A digital scale;

13      b.    Original packaging for the digital scale;

14      c.    A cloth gun case located inside of the driver's center console (it had

15 been originally located during the first search stuffed in between the front

16 passenger seat and driver's center console);

17      d.    Multiple zip-loc baggies;

18      e.    a black Fobus handgun holster located underneath the second-row

19 seating (it had been originally located during the first search in a black bag on the

20 floorboards directly behind the driver's center console);

21      f.    a black generic handgun holster located underneath the second-row

22 seating (it had been originally located during the first search on the driver's

23 floorboard); and

24      g.    a white Samsung cell phone with no back, located on the front

25 passenger seat.

26    24.    Strewn throughout the Chevrolet Suburban were multiple plastic Ziploc-

27 type baggies that, based on my training and experience, are consistent with the packaging

28 and sale of narcotics.

Isaacson Complaint - 9
USAO No. 2020R00369

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

25.     Additionally, the vehicle title and a handwritten bill of sale were located in the Chevrolet Suburban. The bill of sale indicated that the previous registered owner of the vehicle sold the vehicle to KYLE MICHAEL ISAACSON on April 9, 2020, for $300.00.

### Search of Cell Phones

26.     On April 29, 2020, I applied to this Court for a warrant to search the three cell phones recovered from the Chevrolet Suburban. The Honorable Brian A. Tsuchida, Chief U.S. Magistrate Judge for the Western District of Washington, approved my application and issued the warrant. When I turned on the black LG cell phone in an attempt to execute the warrant, the phone immediately erased itself before I could obtain or review any data on the phone. Based on my training and experience, I know that some drug traffickers set up their cell phones so that the data will erase if the phone is opened under certain circumstances, frustrating law enforcement's ability to access the data. I believe that may be what happened with this phone.

27.     I sent the other two phones to FBI's Electronic Device Analysis Unit to be searched because the black and gray LG phone was locked/password protected and the white Samsung phone was damaged. The FBI's Electronic Device Analysis Unit has the capacity to defeat password protection and open both locked and damaged phones more readily than local FBI personnel do.

28.     On August 21, 2020, I received the data from the black LG phone from FBI's Electronic Device Analysis Unit, and began to review it. First, I observed that KYLE MICHAEL ISAACSON appears to be the primary user of the phone. For example, there are a number of "selfie" style photos that depict KYLE MICHAEL ISAACSON, or KYLE MICHAEL ISAACSON with S.M. Additionally, the contact name for outgoing Facebook Messenger messages is "Kyle Isaacson." Many incoming emails are addressed to "Kyle," and most are sent to the email address kyleisaacson57@gmail.com. Additionally, there are a handful of incoming texts addressed to "Kyle." However, it appears that sometimes other people borrow the phone

from KYLE MICHAEL ISAACSON, most notably S.M. For instance, there are some outgoing texts and Facebook messages that are talking about KYLE MICHAEL ISAACSON instead of to him, and others that make clear that someone is borrowing the phone from KYLE MICHAEL ISAACSON. As an example, there is an outgoing text message on March 30, 2020, to an unknown contact that reads, "This is [S.M.] not kyle."

29.     The messages on the phone show that KYLE MICHAEL ISAACSON is engaged in drug trafficking, namely in heroin and methamphetamine. For example, on March 20, 2020, he sent a text message to "Matt Cell" saying, "Got a poundof meth and piece of blavk I need to makr some dolllllllarrr$$$$$." (Based on my training and experience, I know "black" is a reference to black tar heroin; "meth," of course, is methamphetamine.)

30.     On March 24, 2020, KYLE MICHAEL ISAACSON received an incoming text from "Winona" asking, "You got any black." Moments later, KYLE MICHAEL ISAACSON responded, "No black only clear," indicating he was out of heroin but did have methamphetamine ("clear").

31.     On April 14, 2020, almost a week before his arrest, G.T. sent KYLE MICHAEL ISAACSON a Facebook Messenger message saying, "And ima need at least a ½ if got it already or we can slide to get it." After some small talk, KYLE MICHAEL ISAACSON responded, "I can hit you after I pick up this couple of pounds." Later, when G.T. inquired as to whether KYLE MICHAEL ISAACSON was "[s]till planning on sliding this way," KYLE MICHAEL ISAACSON responded, "Absolutely my friend I'm picking up a couple of elbows." In this conversation, I believe that G.T. was asking KYLE MICHAEL ISAACSON for a half unit of narcotics, probably methamphetamine. KYLE MICHAEL ISAACSON told G.T. that he would bring that to him after he was resupplied; based on the code word "elbows," I believe KYLE MICHAEL ISAACSON was referring to a couple of units, but the unit and specific drug is unclear.

32.     On April 18, 2020, two days before he was arrested, KYLE MICHAEL ISAACSON received an incoming Facebook Messenger message from M.P. asking,

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  "You got any black." Moments later, KYLE MICHAEL ISAACSON responded,

2  "Working on it." M.P. responded, "Let me know." A few hours later, KYLE MICHAEL

3  ISAACSON wrote back to M.P. and said, "I got some." Based on my training and

4  experience, I believe that M.P. was seeking heroin. KYLE MICHAEL ISAACSON first

5  told M.P. that he didn't have any to sell but was trying to get some, then later confirmed

6  he had obtained some and was available to sell him some heroin.

7      33.     On April 19, 2020, D.M. sent a Facebook message to KYLE MICHAEL

8  ISAACSON saying "I have a joog for you" and "my boy needs some black." Based on

9  my training and experience, I believe D.M. was introducing KYLE MICHAEL

10 ISAACSON to a new customer who would buy heroin from him.

11     34.     In addition to talking with a variety of people about selling them heroin and

12 methamphetamine, KYLE MICHAEL ISAACSON also used his phone to discuss

13 firearms. For example, on April 18, 2020, J.C. sent KYLE MICHAEL ISAACSON a

14 Facebook Messenger message indicating that someone he knew "might have couple

15 straps." I know that "straps" is a slang word for firearms, specifically handguns. KYLE

16 MICHAEL ISAACSON responded, "Good need those." J.C. asked KYLE MICHAEL

17 ISAACSON what caliber firearm he was looking for, and KYLE MICHAEL ISAACSON

18 wrote, 40 cal 10mm or 9 mm," referencing a range of firearms he was interested in. After

19 this text conversation, J.C. twice called KYLE MICHAEL ISAACSON, and they spoke

20 for 37 seconds and 45 seconds, respectively. These are the only two calls between J.C.

21 and KYLE MICHAEL ISAACSON in the call log. When KYLE MICHAEL ISAACSON

22 was arrested two days later, one of the firearms recovered from his vehicle was a 9mm

23 Smith & Wesson, as discussed above—which is also one of the types of firearms KYLE

24 MICHAEL ISAACSON told J.C. he was looking for.

25              **Forensic Analysis of the Suspected Methamphetamine and Heroin**

26     35.     The suspected methamphetamine and suspected heroin recovered from the

27 Chevrolet Suburban were submitted to the Washington State Patrol Crime Laboratory for

28 analysis. Janice Wu, a forensic scientist, examined the two substances. She concluded

Isaacson Complaint - 12
USAO No. 2020R00369

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   that the suspected methamphetamine in fact contained methamphetamine; she weighed

2   the contents of one of the bags of methamphetamine and determined it weighed 801

3   grams. She concluded that the suspected heroin in fact contained heroin; it weighed 38.3

4   grams.

**Examination of Firearms**

6        36.     Brian Arnold, a Special Agent with the Bureau of Alcohol, Tobacco,

7   Firearms, and Explosives (ATF) examined the Smith & Wesson M&P 9 Shield pistol

8   bearing serial number HXD7261 and the Bersa Thunder 380 pistol bearing serial number

9   675137. Special Agent Arnold has specialized training in determining the place of

10  manufacture of firearms. After examination, it was Agent Arnold's opinion that both the

11  Smith & Wesson M&P 9 Shield pistol bearing serial number HXD7261 and the Bersa

12  Thunder 380 pistol bearing serial number 675137 were firearms as defined by federal

13  law, and that neither were manufactured in the State of Washington. Accordingly, it was

14  his opinion that, if the firearms were possessed in the State of Washington, that they

15  traveled in and affected interstate or foreign commerce before being found here.

**Additional Forensic Analysis**

17       37.     Together with an FBI task force officer who is also a Seattle Police

18  Department detective, I arranged for a number of the items recovered from the Chevrolet

19  Suburban to be examined for fingerprints. The plastic baggies containing the

20  methamphetamine and the heroin were analyzed, and no latent prints were found.

21  Similarly, the Smith & Wesson pistol and magazine were examined, and no latent prints

22  were found. Two latent prints of comparison value were recovered from the Bersa

23  Thunder 380 pistol bearing serial number 675137; neither matched either KYLE

24  MICHAEL ISAACSON or S.M. As indicated above, this firearm was stolen. Finally, the

25  scale and box containing the scale were examined. Four latent prints of comparison value

26  were developed. Three did not match either KYLE MICHAEL ISAACSON or S.M. No

27  opinion was rendered as to the fourth print; instead, the examiner requested more

28  complete rolled prints, including fingertips and sides of fingers, from KYLE MICHAEL

Isaacson Complaint - 13
USAO No. 2020R00369

1    ISAACSON and S.M. to permit a more thorough comparison to the prints recovered from
2    the scale or box.

3                    **Conclusions Regarding Drug Trafficking and Firearms**

4          38.    Based on my training and experience, I know that over 800 grams of
5    methamphetamine is an amount vastly in excess of amounts consistent with personal use;
6    instead, it is consistent with drug dealing. Eight hundred grams of methamphetamine
7    represents up to 8,000 individual doses of methamphetamine, depending on the user's
8    experience and tolerance. Similarly, 38 grams of heroin is far in excess of an amount
9    consistent with personal use. This amount represents up to about 3,100 individual doses
10   of heroin, again depending on the user's experience and tolerance.

11         39.    Based on my training and experience, I also know that drug dealers often
12   possess bulk quantities of narcotics along with packaging and a means of measuring out
13   specific amounts of narcotics to sell. Clear plastic bags, like the ones found in the
14   Chevrolet Suburban, are a common method of packaging methamphetamine and heroin.
15   Digital scales, like the one found in the Chevrolet Suburban, are common tools used to
16   measure narcotic weights prior to sale or distribution.

17         40.    Based on my training and experience, I also know that it is common for
18   drug dealers to carry firearms on their person or within reach in order to protect
19   themselves, their product, and their proceeds of drug trafficking from robbery and
20   assault. Based on KYLE MICHAEL ISAACSON's possession of two loaded firearms in
21   the Chevrolet Suburban in close proximity to the heroin and methamphetamine, I believe
22   that the firearms at issue were possessed in order to further KYLE MICHAEL
23   ISAACSON's drug dealing.

24                    **KYLE MICHAEL ISAACSON's Status as a Felon**

25         41.    KYLE MICHAEL ISAACSON is a ten-time convicted felon, and thus it is
26   illegal for him to possess a firearm. As of April 20, 2020, his prior convictions include:

27               a.    *Possession of a Stolen Vehicle*, King County Superior Court cause
28         number 15-1-04034-7, on or about January 8, 2016;

Isaacson Complaint - 14
USAO No. 2020R00369

   b. *Possession of a Stolen Vehicle*, King County Superior Court cause number 13-1-01108-1, on or about March 29, 2013;

   c. *Possession of a Stolen Vehicle*, King County Superior Court cause number 12-1-06494-2, on or about March 29, 2013;

   d. *Possession of a Stolen Vehicle*, King County Superior Court cause number 10-1-01009-9, on or about July 9, 2010; and

   e. *Possession of a Stolen Vehicle*, King County Superior Court cause number 09-1-00566-1, on or about July 9, 2010.

For each of the above cases, I have reviewed the Judgment and other related court documents. In each of the above cases, the Judgment reflects that KYLE MICHAEL ISAACSON was present at the sentencing hearing and that he was sentenced to more than one year in custody. Additionally, in each case, KYLE MICHAEL ISAACSON signed a document acknowledging that he was ineligible to possess a firearm as a result of the conviction.

  42. S.M. is a five-time convicted felon and thus it is also illegal for her to possess a firearm.

## **CONCLUSION**

  43. Based on KYLE MICHAEL ISAACSON's possession of large quantities of methamphetamine and heroin, along with baggies, scales, two firearms, and the content of his cell phones, along with the other facts documented above, I respectfully submit that probable cause exists that KYLE MICHAEL ISAACSON committed the offenses of *Possession or Controlled Substances with Intent to Distribute* in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and (C); *Carrying a Firearm During and in Relation to a Drug Trafficking Offense* in violation of Title 18, United States Code, Section 924(c)(1)(A)(i); and one count of *Felon in Possession of a Firearm* in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

08/31/2020 5:13 pm

Shawna McCann, Special Agent
Federal Bureau of Investigation

Based on the Complaint and Affidavit, to which the above-named agent provided a sworn statement attesting to the truth of the contents of such, the Court hereby finds that there is probable cause to believe the defendant, KYLE MICHAEL ISAACSON, committed the offenses set forth in the Complaint.

DATED this 2nd day of September, 2020.

The Honorable Michelle L. Peterson
United States Magistrate Judge

Isaacson Complaint - 16
USAO No. 2020R00369

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970